UNITED STATES DISTRICT COURT
NORTHERN DISTRICT INDIANA
FORT WAYNE DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CAUSE NO.: 1:12-CR-64 |
| DANNY VILLARREAL | |

**OPINION AND ORDER**

This matter is before the Court on a Probation Filing [ECF No. 53] filed with the Court on January 10, 2019. The Defendant, Danny Villarreal, is being supervised by the United States Probation Office in the Central District of California. The Defendant is subject to the standard condition of supervised release that he not leave the judicial district or other specific geographic area without the permission of the court or probation officer. The Defendant has requested that he be given approval to travel to Michoacan, Mexico, from March 15, 2019, to March 22, 2019, for leisure and to visit his family. The probation officer approves the request to travel, and recommends that the Court approve the travel.

According to the submissions before this Court, including the original petition [ECF No. 53], as well as a status report [ECF No. 56] filed on January 24, 2019, after the Court conducted a telephonic status conference with the parties' counsel, the Defendant has complied with all terms and conditions of his supervision since it began on February 24, 2017, he would have the ability to telephonically check in with his supervising probation officer while in Mexico, the Defendant does not have a passport and his travel does not require a passport, and there are no prior state cases with open warrants and no charges pending against the Defendant.

Based on the foregoing, the Court **GRANTS** the request contained in the Probation Filing [ECF No. 53], which will permit the Defendant to travel to Michoacan, Mexico, from March 15,

2019, to March 22, 2019. The Court notes the Government's Objection [ECF No. 57], but finds that the reasons cited do not warrant denial of the request. Rather, the Court will require that the Defendant, while he is out of the judicial district of the Central District of California, **telephonically report to his supervising officer daily**, in accordance with a schedule set by the officer.

SO ORDERED on February 7, 2019.

                                       s/ Theresa L. Springmann
                                       CHIEF JUDGE THERESA L. SPRINGMANN
                                       UNITED STATES DISTRICT COURT